155 A.3d 440

**KAYE**

v.

**KAYE**

**Pet. Docket No. 510, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2686, Sept. Term, 2015).

Petition for writ of certiorari denied

∎

155 A.3d 440

**KERPELMAN**

v.

**WOODS**

**Pet. Docket No. 524, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 1972, Sept. Term, 2015).

Petition for writ of certiorari denied.